UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-10053-GW(AGRx) | Date | December 2, 2014 |
|---|---|---|---|
| Title | *Mortgage Management Consultants, Inc. v. Mortgage Guaranty Insurance Corporation, et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **IN CHAMBERS – ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO RESPOND TO A COURT ORDER**

On November 13, 2014, the Court issued an Order re Attorney Consent to E-Service of Documents. [Doc. No. 22] Plaintiff's counsel, Christine C. Lyden, has failed to respond and the time to do so has passed.  Accordingly, the Court hereby orders Ms. Lyden to show cause why sanctions should not be imposed for failure to respond to a court order ("OSC").  The OSC hearing is set on December 15, 2014 at 8:30 a.m.

Ms. Lyden is advised that if she consents to e-service by December 11, 2014 or otherwise shows good cause for her failure to respond to a court order, the OSC hearing will be vacated and no appearance will be required.