JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MORTGAGE MANAGEMENT CONSULTANTS, INC., | Case No. CV 12-10053-GW(AGRx) |
|---|---|
| Plaintiff, | **ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| MORTGAGE GUARANTY INSURANCE COMPANY, et al., | |
| Defendants. | |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety. Each party to bear to its own attorneys' fees and costs.

    IT IS SO ORDERED.

Dated: May 15, 2015

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE